Reade, J.
 

 Where there is any evidence, its sufficiency is a question for the jury and not for the judge. After verdict the objection that the verdict is
 
 against the weight of the evidence
 
 is addressed to the
 
 discretion
 
 of the judge below, and this court cannot review its exercise.
 

 The first motion in arrest of judgment involves the question whether petit larceny was punishable by imprisonment at common law, or only by whipping.
 

 “The judgment herein was in ancient times ref erred to the discretion of the judge, as in Bracton’s time; in Britton’s time sometimes by the pillory and sometimes by the loss of the ear. But in, and since the reign of Edward III, no persons lost any member for petit larceny, but were sometimes-punished by
 
 imprisonment,
 
 and sometimes by other penance, as whipping, &c. 3 Inst. 218.”
 

 “The inferior species of petit larceny is only punished by
 
 imprisonment
 
 or whipping at common law. 4 Black., 237.”
 

 The second ground in arrest of judgment, that the County Court had not jurisdiction of the offence, was fully considered and decided at the last term of this court in
 
 State
 
 v.
 
 Sears, ante
 
 146.
 

 The motion to quash for want of jurisdiction was properly disallowed.
 
 State
 
 v.
 
 Sears, supra.
 

 There is no error.
 

 
 *484
 
 Let this be certified to the court below that further proceedings may be had according to law.
 

 Per Curiam. There is no error.